UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEREE RENE COE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Lodi Police Officer H. SCHAEFFER (Badge #32); Lodi Police Officer ROGER BUTTERFIELD; Lodi Police Officer CHRIS PIOMBO; CITY OF LODI; and DOES 1 THROUGH 30, inclusive,<br><br>Defendants. | No. 2:13-cv-00432-KJM-CKD<br><br><br>ORDER |

On May 21, 2015, defendants filed a motion for summary judgment. (ECF No. 47.) Plaintiff opposed it. (ECF No. 48.) In her opposition, plaintiff contends she needs additional discovery on her supervisorial liability claims. (*Id.* at 10.) More specifically, plaintiff "requests denial of defendants' motion for summary judgment on the issue of supervisorial liability against defendants Butterfield and Piombo because [she] requires additional time to complete discovery into the facts and circumstances surrounding her supervisorial liability theory." (*Id.*) Plaintiff made the same request in a separately filed motion to modify the scheduling order. (ECF No. 37.) On June 17, 2015, this court denied plaintiff's request. (ECF No. 51.)

1

        Upon reconsideration, in light of the summary judgment briefing and the court's desire to resolve the matter on its merits, the court now supersedes its prior order (ECF No. 51) to allow plaintiff to take defendants Butterfield's and Piombo's depositions.  Fed.R.Civ. P. 56. Plaintiff is GRANTED leave to depose each defendant for up to one full day, two days in total. The depositions shall be completed by **September 1, 2015**.

        Accordingly, this court DENIES defendants' pending motion for summary judgment (ECF No. 47) without prejudice.  Upon the depositions' completion, or after September 1, whichever is earlier, defendants may renew their current motion (ECF No. 47) simply by filing a simple notice of renewal and new hearing date.  Alternately, defendants may file a new motion for summary judgment renewing their original arguments and making additional arguments only as supported by the depositions allowed by this order.

    IT IS SO ORDERED.

DATED: July 24, 2015.

_____
UNITED STATES DISTRICT JUDGE